**S. AMANDA MARSHALL, OSB #95347**
United States Attorney
District of Oregon
**ROBERT D. NESLER, OSB #85379**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204
Telephone: (503) 727-1100
Facsimile Telephone: (503) 727-1117
Internet E-mail Address: bob.nesler@usdoj.gov
     Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Civil No. //- 3/27 |
| Plaintiff, | **COMPLAINT**<br>Claim for Debt |
| v. | |
| **STEPHEN DRABIK,** | |
| Defendant. | |

Plaintiff, United States of America, acting herein by the United States Attorney for the District of Oregon, complains and alleges:

1. That this action is brought by the United States of America, with jurisdiction provided by 28 U.S.C. Section 1345.

PAGE 1 -   COMPLAINT
          US v. DRABIK

2. That the defendant, Stephen Drabik, is a resident of the State of Oregon within the Court's jurisdiction.

3. As to Claim #1, that the defendant is indebted to the plaintiff in the principal amount of $6,499.09, plus interest on this principal computed at the rate of 8 percent per annum in the amount of $9,565.68 as of July 20, 2011, and interest continuing thereafter on this principal at the rate of 8 percent annum, until the date of judgment. See Exhibit "A" attached hereto and incorporated herein.

4. As to Claim #2, that the defendant is indebted to the plaintiff in the principal amount of $1,048.53, plus interest on this principal computed at the rate of 5 percent per annum in the amount of $982.73 as of July 20, 2011, and interest continuing thereafter on this principal at the rate of 5 percent annum, until the date of judgment. See Exhibit "B" attached hereto and incorporated herein.

5. As to Claim #3, that the defendant is indebted to the plaintiff in the principal amount of $74,645.33, plus interest on this principal computed at the rate of 8.25 percent per annum in the amount of $61,305.61 as of July 20, 2011, and interest continuing thereafter on this principal at the rate of 8.25 percent annum, until the date of judgment. See Exhibit "C" attached hereto and incorporated herein.

6. Demand has been made upon the defendant by the plaintiff for the sum due but the amount due remains unpaid.

Wherefore, as to Claim #1, the plaintiff prays judgment against the defendant for the total of $16,064.77, inclusive of interest of $9,565.68 at 8 percent per annum on the principal of

$6,499.09 which has accrued as of July 20, 2011, and will continue to accrue until date of judgment; as to Claim #2, the plaintiff prays judgment against the defendant for the total of $2,031.26, inclusive of interest of $982.73 at 5 percent per annum on the principal of $1,048.53 which has accrued as of July 20, 2011, and will continue to accrue until date of judgment; and as to Claim #3, the plaintiff prays judgment against the defendant for the total of $135,950.94, inclusive of interest of $61,305.61 at 8.25 percent per annum on the principal of $74,645.33 which has accrued as of July 20, 2011, and will continue to accrue until date of judgment. Plaintiff further demands, pursuant to 28 U.S.C., Section 1961, that interest on the judgment be at the legal rate until paid in full.

Dated this  28  day of October, 2011.

                                      S. AMANDA MARSHALL
                                      United States Attorney
                                      District of Oregon

                                      /s/ Robert D. Nesler
                                      ROBERT D. NESLER
                                      Assistant United States Attorney
                                      OSB # 85379
                                      (503-727-1069)
                                      Attorney for Plaintiff United States of America

PAGE 3 -    COMPLAINT
              US v. DRABIK