UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

UNITED STATES OF AMERICA,

        **Plaintiff,**                      11-CV-3127 PA

        v.                                JUDGMENT

STEPHEN DRABIK,

        **Defendant.**

    It appearing from the record in this case that the default of the defendant has heretofore been entered, it is hereby

    ORDERED, ADJUDGED AND DECREED that plaintiff recover of defendant as follows: As to Claim #1, the sum of $16,064.77 plus accrued interest at 8 percent per annum on the principal balance outstanding of $6,499.09 from July 20, 2011 to date of judgment. The total of $16,064.77 consists of $6,499.09 principal and accrued interest through July 20, 2011 of $9,565.68; as to Claim #2, the sum of $135,950.94 plus accrued interest at 8.25 percent per annum on the principal balance outstanding of $74,645.33 from July 20, 2011 to date of judgment. The total of $135,950.94 consists of $74,645.33 principal and accrued

PAGE 1 - JUDGMENT

interest at 5 percent per annum on the principal balance outstanding of $1,048.53 from July 20, 2011 to date of judgment. The total of $2,031.26 consists of $1,048.53 principal and accrued interest through July 20, 2011 of $982.73. Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full. The United States is also entitled to costs and disbursements incurred herein taxed in the sum of $350.00, pursuant to Title 28, United States Code, Section 2412(a)(2).

DONE AND ENTERED this _14_ day of January, 2012, at Portland, Oregon.

_____
HONORABLE OWEN M. PANNER
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

S. AMANDA MARSHALL
United States Attorney
District of Oregon

_____
ROBERT D. NESLER
Assistant United States Attorney
OSB #853790
(503) 727-1069
Attorney for Plaintiff United States

PAGE 2 - JUDGMENT